# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2016

### NO. 03-14-00431-CV

**Barbara A. Garrett and Nelson Gene Garrett, Appellants**

**v.**

**Shay Brinkley and Robin Brinkley, Appellees**

---

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BOURLAND AND ABOUSSIE\*
AFFIRMED -- OPINION BY JUSTICE ABOUSSIE**

---

This is an appeal from the summary judgment signed by the trial court on February 26, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's summary judgment. Therefore, the Court affirms the trial court's summary judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).